# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 10-36036 |
| ALAN WAYNE STREBECK and LYNDA JOYCE STREBECK, | Adversary Proceeding No. 11-02242 |
| Debtors. | |
| THOMAS SMITH, et al., | **ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF REFERENCE** |
| Plaintiffs, | |
| vs. | Case No. 2:13-CV-27-DB |
| ALAN WAYNE STREBECK, et al., | Honorable Dee Benson |
| Defendants. | |

The Court, having considered the plaintiffs' Motion to Withdraw the Reference of Adversary Proceeding 11-2242, which defendants have not timely opposed, and good cause appearing, hereby ORDERS that plaintiffs' Motion for Withdrawal of Reference is GRANTED.

DATED this 6th day of March, 2013.

*Dee Benson*

DEE BENSON
United States District Judge